**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4460-16T2

U.S. BANK, NA, AS TRUSTEE
RELATING TO THE CHEVY CHASE
FUNDING LLC MORTGAGE BACKED
CERTIFICATES, SERIES 2004-2,

     Plaintiff-Respondent,

v.

ANTHONY L. PLESH, and BAETA
PLESH,

     Defendants,

and

DR. GEORGE PIECZENIK,

     Appellant.

_____

Submitted May 31, 2018 — Decided June 14, 2018

Before Judges Haas and Gooden Brown.

On appeal from Superior Court of New Jersey, Chancery Division, Hunterdon County, Docket No. F-049213-14.

George Pieczenik, appellant pro se.

McCarter & English, LLP, attorneys for respondent (Joseph Lubertazzi, Jr., of counsel; Peter M. Knob and Matthew V. Dunn, on the brief).

PER CURIAM

Appellant Dr. George Pieczenik appeals from a May 26, 2017 Chancery Division order denying his motion to intervene in this mortgage foreclosure case.[1]  On appeal, appellant argues he "was entitled to intervene."

We conclude that appellant's argument is without sufficient merit to warrant discussion in a written opinion.  R. 2:11-3(e)(1)(E).  We affirm substantially for the reasons set forth by the trial court in its May 26, 2017 written decision and order denying appellant's motion.

Affirmed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

---

[1]  On July 30, 2015, the trial court entered an uncontested final judgment of foreclosure and a writ of execution in the foreclosure action.  Appellant, who represented that he was defendant's tenant, did not file his motion to intervene in that action until April 24, 2017, over twenty months later.

A-4460-16T2